## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

DAVIOUS MARQUES BOYD,                  :
                                       :
          Plaintiff,                   :
                                       :
     V.                                :
                                       :          NO. 5:24-cv-00062-MTT-CHW
HANCOCK STATE PRISON, *et al.,*        :
                                       :
          Defendants.                  :
_____:

## <u>ORDER OF DISMISSAL</u>

Plaintiff Davious Marques Boyd, a prisoner in Ware State Prison in Waycross, Georgia, filed a 42 U.S.C. § 1983 complaint, Compl., ECF No. 1, and a motion to proceed in this action *in forma pauperis*.  App. For Leave to Proceed *In Forma Pauperis*, ECF No. 2.  Thereafter, because Plaintiff did not file a certified trust fund account statement, he was ordered to do so.  Order, ECF No. 8.  Plaintiff was also ordered to recast his complaint if he wanted to proceed with this case.  *Id.*  Plaintiff was given fourteen days to file his account statement and recast complaint, and he was cautioned that his failure to do so could result in the dismissal of this case.  *Id.*

More than fourteen days passed following entry of that order, during which Plaintiff did not submit a certified account statement, file a recast complaint, or otherwise respond to the order.  As a result, Plaintiff was ordered to show cause to the Court why this case should not be dismissed based on his failure to comply with the Court's orders.  Order to Show Cause, ECF No. 9.  Plaintiff was given fourteen days to respond and was cautioned that his failure to do so would likely result in the dismissal of this case.  *Id.*

More than fourteen days have now passed since the show cause order was entered, and Plaintiff has not responded to that order.   Therefore, because Plaintiff has failed to respond to the Court's orders and has otherwise failed to prosecute this case, it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**.  *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 10th day of June, 2024.


S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT