IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVIOUS MARQUES BOYD, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-cv-00062-MTT-CHW |
| | * |
| HANCOCK STATE PRISON, et al, | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated June 10, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 11th day of June, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk